UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------
HEATHER NICOLE RYAN,

                         Plaintiff,                    Case No.
                                                       1:19-cv-01555-EAW

                  v.

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
----------------------------------------------------------------

## STIPULATION FOR ALLOWANCE OF FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Joshua R. Sumner, Special

Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for

the Western District of New York, attorneys for the Defendant herein, and Brandi Smith,

Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff

attorney fees in the amount of **Seven Thousand One Hundred Seven Dollars and Ninety-**

**Four Cents ($7,107.94)**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C.

§ 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be

paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that

Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S.

Treasury Offset Program.

By:    */s/ Joshua R. Sumner*
        Joshua R. Sumner
        Special Assistant United States Attorney
        Western District of New York
        Social Security Administration
        Office of the General Counsel
        601 E. 12th Street, Room 965
        Kansas City, MO 64106
        (816) 936-5767
        Email:  joshua.sumner@ssa.gov
        Dated: 5/28/2021

By:    */s/ Brandi Smith, Esq.*
        Brandi Smith, Esq.
        Law Offices of Kenneth Hiller, PLLC
        6000 North Bailey Avenue, Ste. 1A
        Amherst, NY 14226
        (716) 564-3288
        Email:  brandi@kennethhiller.com
        Dated: 5/28/2021

**SO ORDERED:**

**HONORABLE ELIZABETH A. WOLFORD**
**UNITED STATES DISTRICT JUDGE**

**DATED:** May 30, 2021 .